IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MELODY S. RACHELS, individually,
and as Independent Administrator
of the Estate of Jesse Lynn Parsley,
deceased,**

**Plaintiff,**

**v.**

**THE VILLAGE OF EAST ALTON, ILLINOIS,
BRIAN ARCHER, and CHRISTIAN CRAMER,**

**Defendants.**                                                                 **No. 08-312-DRH**

<u>ORDER</u>

**HERNDON, Chief Judge:**

Before the Court is a Stipulation of Dismissal filed by both Plaintiff Melody S. Rachels, Individually, and as Independent Administrator of the Estate of Jesse Lynn Parsley, and Defendants The Village of East Alton, Illinois, Brian Archer, and Christian Cramer (Doc. 64). Specifically, Plaintiff Rachels and Defendants stipulate to the dismissal with prejudice of all the claims of the Estate of Jesse Lynn Parsley. Accordingly, the Court **ACKNOWLEDGES** the Stipulation of Dismissal (Doc. 64) and **DISMISSES with prejudice** the claims of the Estate of Jesse Lynn

Parsley against Defendants. The individual claims of Plaintiff Melody S. Rachels remain pending.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2010.

David R. Herndon
2010.11.29
12:12:59 -06'00'

**Chief Judge**
**United States District Court**