IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELODY S. RACHELS, Individually and as
Independent Administrator of the Estate
of Jesse Lynn Parsley, deceased, et al,

        Plaintiffs,

-vs-

THE VILLAGE OF EAST ALTON, et al,

        Defendants.        NO. 08-CV-312-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that this Court has been advised that this case has been settled with regard to all claims and all parties, and this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT


BY:    /s/*Sandy Pannier*
        Deputy Clerk

Dated: February 17, 2011

David R. Herndon
2011.02.17
13:47:42 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT